**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Michael MITCHELL, Defendant–Appellant.**

**No. 12–30326**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 16, 2012.

Cristina Walker, Assistant U.S. Attorney, U.S. Attorney's Office, Shreveport, LA, for Plaintiff–Appellee.

Rebecca Louise Hudsmith, Esq., Federal Public Defender, Federal Public Defender's Office, Western District of Louisiana, Lafayette, LA, Michael Mitchell, FCI

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Seagoville, Seagoville, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Michael Mitchell has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Mitchell has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Mitchell's response. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, *counsel's motion for leave to withdraw is GRANTED,* counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

